**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ARASH KESHAVARZ,

Petitioner,

v.

JAMES JANECKA, et al.,

Respondents.

No. 5:26-cv-01318 DSR

**JUDGMENT**

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted, and that Judgment is entered in favor of Petitioner and against Respondents. The Order constitutes final disposition of the Petition by the Court.

DATED: August 10, 2026

HON. DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE